Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
 Fax:  739-2550

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

IN RE:  Michelle L. Avent, Debtor        Case#: 15-31782
3218 Hastings Road                       Trustee: Carl M. Bates
Petersburg,VA 23805                      Chapter: 13
Last 4 of SSN: xxx-xx-2624

## **AFFIDAVIT**

I, Michelle L. Avent declare under penalty of perjury that the information provided in the Motion to Extend the Automatic Stay is true and correct. I am the Debtor in the above referenced case.

I have only filed one previous bankruptcy, Chapter 13 Case# 13-33758 filed on July 10, 2013 and dismissed on March 10, 2015.

During my prior case, my mother was very ill. In April 2014, I was laid off from my job at Union Mortgage.  I made the difficult decision not to attempt to reenter the work force and instead take on the role of primary caretaker.  I continued to make plan payments while I was receiving Unemployment Compensation. Although, I requested a Loan Modification, my mortgage company wasn't able to approve it without employment.

Following an extended illness, my mother died on February 24, 2015. I fell behind in my payments to the Chapter 13 Trustee and was not able to catch up missed payments because I paid approximately $6,000 in unanticipated end of life expenses for my mother which included funeral expenses.

I have just been offered employment and I will begin my new job on April 23, 2015.  My salary is $45,000 a year.  I will have the disposable income necessary to fund my living expenses including my mortgage and Chapter 13 plan payments.


Date: April 21, 2015                     /s/ Michelle L. Avent
                                         Michelle L. Avent